IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,               )
                                        )
                Plaintiff,              )
                                        )
        v.                              )       No. 08-0064-01-CR-W-SOW
                                        )
CLINTON J. EDMONSON,                    )
                                        )
                Defendant.              )

ORDER

Before this Court are the Report and Recommendation of United States Magistrate Sarah

W. Hays regarding defendant's Motion to Suppress Evidence (Doc. #21), defendant

Edmonson's Objections, and the Government's Response. The Report and Recommendation of

the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this

recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Evidence (Doc. #21) is denied.


                            /s/ Scott O. Wright_____
                            SCOTT O. WRIGHT
                            Senior United States District Judge

Date:    September 30, 2008